620 A.2d 481

**Susan JELLIG and Bernard Jellig, her husband, Appellants**

**v.**

**Christopher KIERNAN, Norman Cogliatti, Pennsylvania Turnpike Commission, Stabler Construction Company, Eastern Industries, Inc., D.B.S. Transit Company, Michael Baker, Jr., Inc., Leco Corp., John F. Wolf and Commonwealth of Pennsylvania, Department of Transportation.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 16, 1993.

Reargument Denied July 8, 1993.

Michael J. Donohue, Scranton, for Susan & Bernard Jellig.

Gabriel L.I. Bevilacqua, Philadelphia, for PA. Turnpike Comm.

Thomas Devlin, Harrisburg, for Com.

James Doherty, Scranton, for M. Baker.

David Lutz, Harrisburg, for amicus.

Timothy J. Holland, Wilkes–Barre, for C. Kiernan.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

MONTEMURO, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., did not participate in the decision of this case.

LARSEN and PAPADAKOS, JJ., dissent.